IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER: 7 |
| | ) | |
| MATHEW JOHN DIBERNARDO, | ) | CASE NO.: 21-10028-KKS |
| LINDSAY MARY DIBERNARDO | ) | |
| | ) | JUDGE: KAREN K. SPECIE |
| DEBTORS | ) | |
| | ) | |

**<u>NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC</u>**

Now comes Community Loan Servicing, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice Forbearance Agreement to the Court of the Debtors' request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtors recently contacted Creditor requesting a forbearance period of twelve (12) months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting April 1, 2020 through March 1, 2021.   Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period.   Furthermore, Creditor does not waive its rights under other applicable nonbankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

Debtors will resume mortgage payments beginning April 1, 2021 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

Creditor does not waive its rights to seek relief from the automatic stay for other reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

McCalla Raymer Leibert Pierce, LLC

/s/Toni   Townsend
Toni   Townsend
Bar No.: 1022285
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, Florida   33301
Phone: (312) 346-9088 X5174
Toni.Townsend@mccalla.com

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 21-10028-KKS |
| Mathew John DiBernardo, | Chapter: 7 |
| Lindsay Mary DiBernardo | Judge: Karen K. Specie |

## CERTIFICATE OF SERVICE

I, Toni   Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, FL   30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Mathew John DiBernardo
3797 NW 79th Terrace, Apt. 196
Gainesville, FL 32606

Lindsay Mary DiBernardo
3797 NW 79th Terrace, Apt. 196
Gainesville, FL 32606

Barbara A. Cusumano            *(served via ECF at Barbara@BarbaraDebtLaw.com)*
Barbara A. Cusumano, Attorney at Law
2727 NW 43rd Street, Suite 2A
Gainesville, FL 32606

Theresa M. Bender, Trustee            *(served via ECF at tmbenderch7@yahoo.com)*
Post Office Box 14557
Tallahassee, FL 32317

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/18/2021      By:   /s/Toni   Townsend
                 (date)                 Toni   Townsend
                                        Authorized Agent for Creditor