FORM orprtord (11/19)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re: Mathew John DiBernardo
    SSN/ITIN: xxx–xx–6580
     Debtor

Lindsay Mary DiBernardo
fka Lindsay M Barton
SSN/ITIN: xxx–xx–6984
     Joint Debtor

Bankruptcy Case No.:  21–10028–KKS

Chapter:  7
Judge:  Karen K. Specie

---

**ORDER GRANTING MOTION TO REDACT
A PREVIOUSLY FILED DOCUMENT**

   THIS MATTER came before the Court on the Motion to Redact a Previously Filed Document (Doc. 37 ) filed by Theresa M. Bender, and upon consideration of the Motion, it is hereby

   ORDERED

1. The Motion is granted.

2. The Consent Motion to Sell Property Free and Clear of Liens under Section 363(f) by Private Sale to Third Party (Doc. 32), having previously been restricted from electronic access pursuant to Fed. R. Bankr. P. 9037(h)(2), will remain restricted from public access unless this Court orders otherwise at a later date.

3. The Clerk is directed to file the redacted document attached to the Motion in accordance with Fed. R. Bankr. P. 9037(h)(1)(B).

   *DONE AND ORDERED* at Tallahassee, Florida, September 3, 2021.

                                   /s/ Karen K. Specie
                                   Karen K. Specie
                                   U.S. Bankruptcy Judge

**SERVICE:**  Service by the Court pursuant to applicable Rules.